| Coffeeville | | Cambria | | Wells Fargo | | Plains Marketing | |
| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | 7/6/2011 | 33.33 | | | | |
| 7/18/2011 | 2064.43 | 5/11/2012 | 66.69 | 6/14/2011 | 1089.75 | None | None |
| 9/18/2011 | 795.93 | 6/12/2012 | 54.25 | | | | |
| 10/18/2011 | 1390.44 | 7/12/2012 | 76.03 | | | | |
| 11/18/2011 | 407.49 | 8/7/2012 | 71.03 | | | | |
| 12/15/2011 | 2206.67 | 9/11/2012 | 83.85 | | | | |
| 1/18/2012 | 1070.82 | 11/7/2012 | 81.99 | | | | |
| 2/17/2012 | 584.56 | 2/1/2013 | 77.37 | | | | |
| 3/16/2012 | 2327.27 | 3/5/2013 | 73.48 | | | | |
| 4/16/2012 | 634.19 | | | | | | |
| 5/18/2012 | 2817.43 | | | | | | |
| 6/18/2012 | 242.24 | | | | | | |
| 7/18/2012 | 1317.94 | | | | | | |
| 8/17/2012 | 1048.21 | | | | | | |
| 9/18/2012 | 560.7 | | | | | | |
| 10/18/2012 | 2651.65 | | | | | | |
| 11/16/2012 | 523.53 | | | | | | |
| 12/18/2012 | 1124.31 | | | | | | |
| 1/18/2013 | 965.15 | | | | | | |
| 2/15/2013 | 582.4 | | | | | | |
| 3/18/2013 | 1966.22 | | | | | | |
| 4/18/2013 | 1132.31 | | | | | | |
| Total | 26413.89 | | 618.02 | | 1089.75 | | |

SCANNED
JUN 1 3 2013
U.S. DISTRICT COURT ST PAUL

Exhibit A 1 of 2

| National Coop | | MV Purchasing | | Kodiak | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Date | Amount | Date | Amount | Date | Amount | |
| | | | | 1099 form | | |
| they will not give me any information !! | | 8/19/2011 | 83.2 | 2011 | 1947.02 | |
| | | 11/21/2011 | 218.63 | 2012 | 1405.55 | |
| | | 7/20/2012 | 771.98 | they would not send a breakdown per check | | |
| | | | 1073.81 | | 3352.57 | Total 32548.04 |

Exhibit A 2 of 2